**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:15-cr-213-DPM**

**DANIEL GLENN CAPLE** **DEFENDANT**
**Reg. No. 27810-009**

# ORDER

Caple moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i). The first and dispositive issue is exhaustion. 18 U.S.C. § 3582(c)(1)(A). Caple used a form motion that said he exhausted his administrative remedies on a certain date, but he left the date blank. *Doc. 39 at 1*. The statute's exhaustion requirement is jurisdictional and can't be waived. *Doc. 197* in *United States v. Cox*, Case No. 4:98-cr-73-DPM (8 September 2020). The motion, *Doc. 39*, is therefore denied without prejudice for lack of jurisdiction.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

15 September 2026